**Order entered April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01312-CV

### CHAN PAK, Appellant

### V.

### AD VILLARAI, LLC, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

We **GRANT** the parties' agreed motion for an extension of time to file appellant's and cross-appellants' briefs. The parties shall file their respective briefs by **MONDAY, MAY 11, 2015**.

/s/    ELIZABETH LANG-MIERS
         JUSTICE